Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :     1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                         :     **NOTICE OF APPEARANCE**
Phyllis Molnar and William Molnar                   :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-1802-JFK                           :
------------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: March 7, 2008
      New York, New York　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　David J. Heubeck


　　　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　　　Two Hopkins Plaza, Suite 1800
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　　　Tel:  (410) 244-7400
　　　　　　　　　　　　　　　　　　　　Fax: (410) 244-7742

Case 1:08-cv-01802-JFK    Document 3    Filed 03/07/2008    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                /s/
                        David J. Heubeck

                        Venable LLP
                        Two Hopkins Plaza, Suite 1800
                        Baltimore, Maryland 21201
                        Tel:  (410) 244-7400
                        Fax:  (410) 244-7742